## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LATIN AMERICAN MUSIC CO. INC., et al.<br>  Plaintiffs<br>    v.<br>THE ARCHDIOCESE OF SAN JUAN<br>OF THE ROMAN CATHOLIC AND<br>APOSTOLIC CHURCH, et al.<br>  Defendants | Civil 96-2312 (PG) |
| TURABO RADIO CORP., et al.<br>  Plaintiffs<br>    v.<br>ASOCIACION DE COMPOSITORES Y<br>EDITORES DE MUSICA<br>LATINOAMERICANA, INC. et al.<br>  Defendants | Civil 97-2356 (PG) |
| TURABO RADIO CORP., et al.<br>  Plaintiffs<br>    v.<br>PEER; PEER P.R., et al.<br>  Defendants | Civil 98-1597 (PG) |
| PEER INTERNATIONAL CORPORATION,<br>et al.<br>  Plaintiffs<br>    v.<br>LATIN AMERICAN MUSIC CO. INC., THE<br>ARCHDIOCESE OF SAN JUAN,<br>et al.<br>  Defendants | Civil 97-2875 (PG) |
| ASOCIACION DE COMPOSITORES Y<br>EDITORES DE MUSICA LATINO<br>AMERICANA, INC. ("ACEMLA")<br><br>  Plaintiff<br>    v.<br>CATHOLIC UNIVERSITY ASSN., a/k/a<br>WEUC - 1240 AM AND WEUC-88.9 FM<br>  Defendant | Civil 00-1618 (PG) |

**MOTION FOR LEAVE TO REQUEST EXTENSION OF TIME UNDER SEAL**

TO THE HONORABLE COURT:

Latin American Music Co., Inc., ("LAMCO") and ACEMLA de Puerto Rico, Inc., ("ACEMLA"), plaintiffs in Civil 96-2312 and Civil 00-1618, and co-defendants in consolidated cases Civil 97-2356, Civil 97-2875 and Civil 98-1597, represented by their undersigned attorney, respectfully set forth and pray:

On this same date, the appearing parties are submitting a *Sealed Motion Requesting Extension of Time to File Audited Financial Statements*

**WHEREFORE**, the appearing parties respectfully request permission to file the *Sealed Motion Requesting Extension of Time to File Audited Financial Statements* under seal.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 24th day of March of 2004.

> **ANGEL N. CARO, ESQ.**
> R-11, 20th Street
> Ciudad Universitaria
> Trujillo Alto, PR 00976
> Tel.: (787) 761-8471; (787) 399-7661
> Fax: (787) 758-0011
> E-mail: mrangelcaro@aol.com
>
> By: _____
> Ángel N. Caro
> USDC-PR 215710

-2-