### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF PUERTO RICO

LATIN AMERICAN MUSIC CO., INC.,
ET AL.,

     Plaintiffs,

          v.

THE ARCHDIOCESE OF SAN JUAN OF
THE ROMAN CATHOLIC AND APOSTOLIC
CHURCH, ET AL.,

     Defendants.

CIVIL NOS. 96-2312 (PG)
97-2356 (PG)
97-2875 (PG)
98-1597 (PG)
00-1618 (PG)

### PARTIAL JUDGMENT

In light of this Court's Opinion and Order of August 1, 2005, Partial Judgment is hereby issued as follows:

    i. the claims, counterclaims and affirmative defenses of Latin-American Music Company, Inc. ("LAMCO"), Asociacion de Compositores y Editores de Musica Latino Americana, Inc. ("ACEMLA"), and Mr. Luis Raul Bernard in these consolidated cases are hereby **DISMISSED WITH PREJUDICE;**

    ii. Special Master, Mr. Morton D. Goldberg, is entitled to recover from LAMCO, ACEMLA and Mr. Bernard, jointly and severally, the sum of $152,865.13 in compensation for services rendered as Special Master;

    iii. the Special Master is **DISCHARGED** with the gratitude of the Court;

    iv. the Special Master's Report and Recommendation is **APPROVED AND ADOPTED IN PART**, as specified in the Court's Opinion and Order of August 1, 2005;

    v. the joint motion for summary judgment by Peer International Corporation, Peer International Corporation of Puerto Rico, Southern Music Publishing Company, Inc., Peermusic Ltd., Sonido, Inc. d/b/a FAF Publishing, EMI Catalogue Partnership, EMI April Music, Inc., and Broadcast Music Inc. (collectively referred to as the "Peer Parties") is **GRANTED IN PART**, as to the infringement claims regarding ownership of songs for which the Special Master's Report and Recommendation was approved and adopted;

    vi.  the Peer Parties are entitled to recover from LAMCO, ACEMLA and Mr. Bernard, jointly and severally, the sum of $313,500 assessed by this Court as statutory damages for the infringement of their copyrights under 17 U.S.C. § 504(c); and

    vii. the Peer Parties are authorized to submit and application for reasonable attorney fees and costs.

**IT IS SO ORDERED AND ADJUDGED.**


In San Juan, Puerto Rico, August 1, 2005.



S/ JUAN M. PÉREZ-GIMÉNEZ
JUAN M. PÉREZ-GIMÉNEZ
UNITED STATES DISTRICT JUDGE